UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI ANN HELHOWSKI,

    Plaintiff,

v.

    Case No. 11-cv-14269

    Paul D. Borman
    United States District Judge

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

    R. Steven Whalen
    United States Magistrate Judge

    Defendant.

_____/

OPINION AND ORDER
(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Dkt. No. 13);
(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 8); and
(3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 11)

Before the Court is Magistrate Judge R. Steven Whalen's Report and Recommendation Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment. (Dkt. No. 13.)

Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DENIES** Plaintiff's Motion for Summary Judgment, **GRANTS** Defendant's Motion for Summary Judgment, and **DISMISSES** the action.

1

This Order closes the case.

**IT IS SO ORDERED.**

                                              _____
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: 9-24-12